**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| **KOTESWARA RAO NALLAPATI,** | ) | CASE NO. 17-22626 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

### NOTICE OF MOTION

To:   See Attached Service List

### TRUSTEE'S AMENDED CERTIFICATE OF SERVICE FOR NOTICE OF TRUSTEE'S FINAL REPORT AND FEE APPLICATION

### PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 25th day of June, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Peter N. Metrou*
　　　　　　　　　　　　　　　　　　　　　　　　　　 **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**Sent Via First-Class Mail**

Bank of America
4909 Savarese Cir
Tampa, FL 33634-2413

Blitt and Gaines, PC
661 Glenn Ave.
Wheeling, IL 60090-6017

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Funding Circle Partners, LP
One Union Street, Suite 210
San Francisco, CA 94111-1223

Genisys Credit Union
2100 Executive Hills Blv
Auburn Hills, MI 48326-2947

Kenneth D. Peters
70 W Hubbard St.
Suite 200
Chicago, IL 60654-5677

Koteswara Rao Nallapati
4328 Champion Road
Naperville, IL 60564-5007

Mark Wagner
CST, Co.
P.O. Box 33127
Louisville, KY 40232-3127

Padma Samineni
4328 Champion Rd.
Naperville, IL 60564-5007

US Foods, Inc.
9399 W Higgins Road
#500
Rosemont, IL 60018-4992

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Sysco Eastern Wisconsin, LLC
1 Sysco Dr.
Jackson, WI 53037-9226

Timothy P Whelan
Law Office of Timothy Whelan
1200 Roosevelt Road
Suite 150
Glen Ellyn, IL 60137-7807

**Sent Via ECF**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702