# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| KOTESWARA RAO NALLAPATI | § § | Case No. 17-22626 |
| Debtor | § § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 35,600.00                          Assets Exempt: 40,700.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  44,687.09         Claims Discharged
                                                      Without Payment:   153,742.01

Total Expenses of Administration:  5,960.41

---

3) Total gross receipts of $ 50,647.50  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 50,647.50  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 41,113.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,960.41 | 5,960.41 | 5,960.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 192,777.00 | 104,539.10 | 104,539.10 | 44,687.09 |
| **TOTAL DISBURSEMENTS** | $ 233,890.00 | $ 110,499.51 | $ 110,499.51 | $ 50,647.50 |

4) This case was originally filed under chapter 7 on 07/30/2017 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/10/2018          By:/s/Peter N. Metrou, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2016 PERSONA TAXES 1040 FEDERAL TAX | 1124-000 | 10,647.50 |
| Fraudulent/preferential transfer of Residence | 1241-000 | 40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,647.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Genisys Credit Union, 2100 Executive Hills Blv Auburn Hills, MI 48326 | | 41,113.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 41,113.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 5,782.38 | 5,782.38 | 5,782.38 |
| Peter N. Metrou | 2200-000 | NA | 33.61 | 33.61 | 33.61 |
| Associated Bank | 2600-000 | NA | 144.42 | 144.42 | 144.42 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,960.41 | $ 5,960.41 | $ 5,960.41 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, 4909 Savarese Cir Tampa, FL 33634 | | 9,200.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 577.00 | NA | NA | 0.00 |
| | Sysco Eastern Wisconsin, LLC, 1 Sysco Dr. Jackson, WI 53037 | | 19,000.00 | NA | NA | 0.00 |
| | US Bank, P.O. Box 6335 Fargo, ND 58125-6335 | | 12,000.00 | NA | NA | 0.00 |
| | US Foods, Inc., 9399 W Higgins Road #500 Rosemont, IL 60018 | | 12,000.00 | NA | NA | 0.00 |
| 1 | FC MARKETPLACE, LLC DBA FUNDING CIRCLE | 7200-000 | 140,000.00 | 104,539.10 | 104,539.10 | 44,687.09 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 192,777.00 | $ 104,539.10 | $ 104,539.10 | $ 44,687.09 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-22626 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | KOTESWARA RAO NALLAPATI | | | | Date Filed (f) or Converted (c): | 07/30/2017 (f) |
| | | | | | 341(a) Meeting Date: | 08/31/2017 |
| For Period Ending: | 09/10/2018 | | | | Claims Bar Date: | 12/04/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2016 MECEDES 350 MILEAGE: 17,000 PROPERTY VALUE DIMINISHED B | 38,000.00 | 38,000.00 | | 0.00 | FA |
| 2. LAP TOP COMPUTER | 800.00 | 0.00 | | 0.00 | FA |
| 3. CASH | 500.00 | 0.00 | | 0.00 | FA |
| 4. 401K SAVINGS PLAN | 37,000.00 | 0.00 | | 0.00 | FA |
| 5. 2016 PERSONA TAXES 1040 FEDERAL TAX | 10,647.50 | 0.00 | | 10,647.50 | FA |
| 6. UV TECHNOLOGY SOLUTIONS, INC. SHARHOLDER CONSULTING COMPANY | 0.00 | 0.00 | | 0.00 | FA |
| 7. Fraudulent/preferential transfer of Residence (u) | 0.00 | Unknown | | 40,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $86,947.50 | $38,000.00 | | $50,647.50 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/10/2017 Investigation into residence transferred by Debtor to spouse-not disclosed on Sch B. Investigation into tax refund for 2016. Negotiations into liquidation of Debtor's equity in residence 12/9/2017.

RE PROP #        5    --    Debtor removed exemption on tax refund-see dckt#28.

Initial Projected Date of Final Report (TFR): 08/01/2018        Current Projected Date of Final Report (TFR): 08/01/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-22626  
Case Name: KOTESWARA RAO NALLAPATI  
Taxpayer ID No: XX-XXX8335  
For Period Ending: 09/10/2018  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1693  
Checking  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/18 | 5 | Koteswara Rao Nallapati | Tax refund | 1124-000 | $10,647.50 | | $10,647.50 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.74 | $10,635.76 |
| 03/09/18 | 7 | Koteswara Rao Nallapati Padma Samineni | Compromise of residence equity/Fraudulent Transfer Check presented in court after Judge approved settlement motion. See dckt#32 | 1241-000 | $40,000.00 | | $50,635.76 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.92 | $50,575.84 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.76 | $50,503.08 |
| 08/12/18 | 1001 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL  60543 | Distribution | | | $5,815.99 | $44,687.09 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.    ($5,782.38) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.    ($33.61) | 2200-000 | | | |
| 08/12/18 | 1002 | FC MARKETPLACE, LLC DBA FUNDING CIRCLE C/O KENNETH D. PETERS DRESSLER PETERS, LLC 70 W. HUBBARD ST., STE. 200 CHICAGO, IL 60654 | Final distribution to claim 1 representing a payment of 42.75 % per court order. | 7200-000 | | $44,687.09 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $50,647.50 | $50,647.50 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $50,647.50 | $50,647.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $50,647.50 | $50,647.50 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1693 - Checking | $50,647.50 | $50,647.50 | $0.00 |
|  | $50,647.50 | $50,647.50 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $50,647.50 |
| Total Gross Receipts: | $50,647.50 |